DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE PILAR-PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE PILAR-PONCE, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:07-cr-00053 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA HEARING; ORDER (note date change from stipulation) <br><br> Date:   June 15, 2007 <br> Time:   9:00 A.M. <br> Judge:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference/change of plea hearing in the above-captioned matter now set for June 1, 2007, may be continued to June 15, 2007, at the hour of 9:00 A.M.

This continuance is requested because at the previous court appearance, counsel for Mr. Pilar-Ponce, indicated that there was a prior conviction which needed to be researched.  The prior conviction has a large effect upon the guideline calculations and ultimate sentence.  Upon researching the prior conviction, counsel for Pilar Ponce, discovered this week that the judgment for the conviction was incorrect.  In order to show what the proper conviction is, counsel must order the change of plea transcript from the court reporter.   After that transcript is received, the pre-plea presentence investigation report must be revised by the probation officer and based on the new PSR, a new offer will be extended by counsel for the government.  Thereafter, counsel for defendant Pilar-Ponce will communicate the new

1  offer and review the plea agreement with him.  It is anticipated that this process will take an additiional
2  two weeks from the date currently set for status conference.  It is anticipated that Pilar-Ponce will accept
3  the plea offer as it will probably be significantly less because of the true prior conviction.  consequently, a
4  continuance to June 15, 2007, for change of plea is requested.  The requested continuance will conserve
5  time and resources for both parties and the court.

6      The parties agree that the delay resulting from the continuance shall be excluded in the interests
7  of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
8  3161(h)(8)(B)(i) and (iv).

                                                                       McGREGOR W. SCOTT
                                                                       United States Attorney

11  DATED: May 25, 2007                         By:  /s/   Sheila K. Oberto
12                                                      SHEILA K. OBERTO
                                                     Assistant United States Attorney
                                                       Attorney for Plaintiff

                                                       DANIEL J. BRODERICK
                                                     Federal Public Defender

16  DATED: May 25, 2007                         By:  /s/   Francine Zepeda
                                                       FRANCINE ZEPEDA
17                                                      Assistant Federal Defender
                                                     Attorneys for Defendant
18                                                      Jose Pilar-Ponce

## O R D E R

21  **GOOD CAUSE EXISTS, BOTH FOR THE CONTINUANCE AND THE EXCLUSION OF TIME.**
22  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv) FOR THE
23  REASONS STATED IN THE STIPULATION.  THE HEARING WILL TAKE PLACE ON JUNE 13,
24  2007, WEDNESDAY AT 9 A.M.

26  IT IS SO ORDERED.
27  **Dated:   May 30, 2007**                              /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE